# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Roger Potter, individually and on
behalf of the Rule 23 Class,

        Plaintiff,        Civil No.10-3567 (RHK/XXX)

vs.        **ORDER**

Northern Empire Pizza, Inc., d/b/a
Domino's Pizza,

        Defendant.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: August 17, 2010

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge